IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          : Chapter 7

Harold  Sofield                 : Case No. 19-11599

    Debtor(s)

NOTICE OF RESCHEDULED MEETING OF CREDITORS AND CERTIFICATE OF SERVICE

The Meeting of Creditors has been rescheduled for **April 24, 2019** at **1:45PM** at the following location:

Chapter 7 Meeting Room
833 Chestnut Street
Philadelphia, PA 19106

A copy of this notice is being served on all creditors and the Chapter 13 Trustee.

/s/ David M. Offen
David M. Offen Esq.
Attorney for Debtor

Dated:  April 15, 2019