## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Harold Sofield** | : | **Case No.: 19-11599** |
| | : | **Chapter 7** |
| **Debtor(s).** | : | **Judge Magdeline D. Coleman** |
| | : | * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO:    THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE UNITED STATES TRUSTEE, THE DEBTOR AND HIS ATTORNEY OF RECORD HEREIN AND TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE, that pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C.

Section 102(1) and all other applicable law, the undersigned, as counsel of record for JPMorgan

Chase Bank, N.A., its successor and assigns ("Creditor"), a creditor of the above-named Debtor

and a party-in-interest in the captioned bankruptcy case, hereby requests that all notices given or

required to be given in this case, and all papers served or required to be served in this case, be

given to and served upon the undersigned at the following office, address and telephone number:

> Karina Velter, Esquire
> MANLEY DEAS KOCHALSKI LLC
> P.O. Box 165028
> Columbus, OH  43216-5028
> 614-222-4921
> Atty File No.: 19-013917

The foregoing request includes not only the notices and papers referred to in the Rules specified

above, but also includes without limitation, orders and notices of any application, motion,

petition, pleading, request, complaint or demand, whether formal or informal, whether written or

oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, fax or

otherwise which affect or seek to affect in any way any rights or interest of the Debtor.

19-013917_KV

Respectfully submitted,

/s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall
Sarah E. Barngrover
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina
Velter.
Contact email is kvelter@manleydeas.com

19-013917_KV

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                        :
                                              :
   Harold Sofield                          :          **Case No.: 19-11599**
                                              :          **Chapter 7**
   Debtor(s).                              :          **Judge Magdeline D. Coleman**
                                              :          * * * * * * * * * * * * * * * * * * * * * *
                                              :
                                              :

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and

Request for Notices was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500,
Philadelphia, PA 19107

Lynn E. Feldman, Chapter 7 Trustee, 221 North Cedar Crest Boulevard, Allentown, PA
18104

David M. Offen, Attorney for  Harold Sofield, The Curtis Center, 601 Walnut Street, Suite
160 West, Philadelphia, PA  19106, dmo160west@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on April 12, 2019:

Harold Sofield, 654 Jamestown Avenue, Philadelphia, PA  19128


DATE:  _April 12, 2019_


               /s/ Karina Velter_____
               Karina Velter, Esquire (94781)
               Adam B. Hall
               Sarah E. Barngrover
               Manley Deas Kochalski LLC
               P.O. Box 165028
               Columbus, OH  43216-5028
               Telephone: 614-220-5611
               Fax: 614-627-8181
               Attorneys for Creditor
               The case attorney for this file is Karina
               Velter.


19-013917_KV

Contact email is kvelter@manleydeas.com

19-013917_KV