```
                    IN THE UNITED STATES BANKRUPTCY COURT
                    FOR THE EASTERN DISTRICT OF PENNSYLVANIA


     IN RE:                              : Chapter 13


     Harold  Sofield                     : Case No. 19-11599

          Debtor(s)
```

NOTICE OF RESCHEDULED MEETING OF CREDITORS AND CERTIFICATE OF SERVICE

The Meeting of Creditors has been rescheduled for **May 22, 2019** at **1:45PM** at the following location:

```
             United States Bankruptcy Court
                    900 Market Street
                      Suite 304A
                  Philadelphia, PA 19107
```

A copy of this notice is being served on all creditors and the Chapter 7 Trustee.

```
                                    /s/ David M. Offen
                                    David M. Offen Esq.
                                    Attorney for Debtor
```

Dated:  April 24, 2019