## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 19-11599** |
| **Harold Sofield** | : | **Chapter 7** |
| | : | **Judge Magdeline D. Coleman** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | **Date and Time of Hearing** |
| **Movant,** | : | **Place of Hearing** |
| **vs** | : | **May 29, 2019 at 10:30 a.m.** |
| | : | _____ |
| **Harold Sofield** | : | |
| | : | **U.S. Bankruptcy Court** |
| **Lynn E. Feldman** | : | **900 Market Street, Courtroom #2** |
| **Respondents.** | : | **Philadelphia, PA, 19107** |

### CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT JPMORGAN CHASE BANK, N.A. TO FORECLOSE ON 2015 JEEP GRAND CHEROKEE BEARING THE VEHICLE IDENTIFICATION NUMBER "VIN: OF 1C4RJFAG4FC227248, (DOCUMENT NO. 26)

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay ("Motion") filed on May 7, 2019 at Document No. 26 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than May 22, 2019.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

    /s Karina Velter

    Karina Velter, Esquire (94781)
    Adam B. Hall (323867)
    Sarah E. Barngrover (323972)
    Manley Deas Kochalski LLC

19-013917_FXF

P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

19-013917_FXF

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 19-11599** |
| **Harold Sofield** | : | **Chapter 7** |
| | : | **Judge Magdeline D. Coleman** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | **Date and Time of Hearing** |
| **Movant,** | : | **Place of Hearing** |
| vs | : | **May 29, 2019 at 10:30 a.m.** |
| | : | |
| | : | _____ |
| **Harold Sofield** | : | |
| | : | **U.S. Bankruptcy Court** |
| **Lynn E. Feldman** | : | **900 Market Street, Courtroom #2** |
| **Respondents.** | : | **Philadelphia, PA, 19107** |

### **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Certification of No Objection Regarding Motion for Relief from the Automatic Stay with 30 day waiver with the Court to permit JPMorgan Chase Bank, N.A. to foreclose on 2015 Jeep Grand Cherokee bearing the Vehicle Identification Number "VIN: of 1C4RJFAG4FC227248, and Abandonment of Property was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

Lynn E. Feldman, Chapter 7 Trustee, Feldman Law Offices PC, 221 N. Cedar Crest Blvd., Allentown, PA  18104

David M. Offen, Attorney for Harold Sofield, The Curtis Center, 601 Walnut Street, Suite 160 West, Philadelphia, PA  19106, dmo160west@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on May  23, 2019:

Harold Sofield, 654 Jamestown Avenue, Philadelphia, PA  19128

19-013917_FXF

DATE: May 23, 2019

/s Karina Velter

Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

19-013917_FXF