IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 19-11599 |
| Harold Sofield | : Chapter 7 |
| | : Judge Magdeline D. Coleman |
| Debtor(s) | : \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | : |
| JPMorgan Chase Bank, N.A. | : Date and Time of Hearing |
| Movant, | : Place of Hearing |
| vs | : May 29, 2019 at 10:30 a.m. |
| | : |
| Harold Sofield | : |
| | : _____ |
| Lynn E. Feldman | : U.S. Bankruptcy Court |
| Respondents. | : 900 Market Street, Courtroom #2 |
| | Philadelphia, PA, 19107 |

## ORDER OF COURT

AND NOW, this 29th day of May, 2019, upon consideration of the Motion for Relief from the Automatic Stay filed by JPMorgan Chase Bank, N.A. ("Creditor"), it is hereby **ORDERED,** that the Motion is granted and that the Automatic Stay be and hereby is terminated as it affects the interest of JPMorgan Chase Bank, N.A. in and to the Vehicle of Debtor described as a 2015 Jeep Grand Cherokee bearing the Vehicle Identification Number "VIN: of 1C4RJFAG4FC227248, and more particularly described in the Certificate of Title for as Vehicle, issued January 28, 2016, at Title Number 75666794301.

IT IS FURTHER ORDERED that the Estate's interest in the Vehicle referred to in the Motion is hereby ABANDONED to the Movant, and the Movant may proceed with the sale or other disposition of the Property.

BY THE COURT

*Magdeline D. C_____*
MAGDELINE D. COLEMAN, JUDGE
UNITED STATES BANKRUPTCY COURT

19-013917_FXF