United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Harold Sofield  
    Debtor

Case No. 19-11599-mdc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: Stacey                  Page 1 of 1                  Date Rcvd: May 31, 2019
                                Form ID: pdf900               Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2019.
db             +Harold Sofield,    654 Jamestown Avenue,    Philadelphia, PA 19128-1705

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jun 01 2019 04:26:43      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 01 2019 04:25:48
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 01 2019 04:26:36      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2019                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2019 at the address(es) listed below:
              ADAM BRADLEY HALL    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com
              DAVID M. OFFEN    on behalf of Debtor Harold  Sofield dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              KARINA  VELTER    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com,   lfeldman@ecf.axosfs.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 19-11599 |
| Harold Sofield | : Chapter 7 |
| | : Judge Magdeline D. Coleman |
| Debtor(s) | : * * * * * * * * * * * * * * * * * * |
| | : |
| JPMorgan Chase Bank, N.A. | : Date and Time of Hearing |
| Movant, | : Place of Hearing |
| vs | : May 29, 2019 at 10:30 a.m. |
| | : |
| Harold Sofield | : |
| | : _____ |
| Lynn E. Feldman | : U.S. Bankruptcy Court |
| Respondents. | : 900 Market Street, Courtroom #2 |
| | Philadelphia, PA, 19107 |

## ORDER OF COURT

AND NOW, this 29th day of May, 2019, upon consideration of the Motion for Relief from the Automatic Stay filed by JPMorgan Chase Bank, N.A. ("Creditor"), it is hereby **ORDERED**, that the Motion is granted and that the Automatic Stay be and hereby is terminated as it affects the interest of JPMorgan Chase Bank, N.A. in and to the Vehicle of Debtor described as a 2015 Jeep Grand Cherokee bearing the Vehicle Identification Number "VIN: of 1C4RJFAG4FC227248, and more particularly described in the Certificate of Title for as Vehicle, issued January 28, 2016, at Title Number 75666794301.

IT IS FURTHER ORDERED that the Estate's interest in the Vehicle referred to in the Motion is hereby ABANDONED to the Movant, and the Movant may proceed with the sale or other disposition of the Property.

BY THE COURT

_Magdeline D. C_____
MAGDELINE D. COLEMAN, JUDGE
UNITED STATES BANKRUPTCY COURT

19-013917_FXF