Certificate Number: 12433-PAE-DE-033058923

Bankruptcy Case Number: 19-11599



12433-PAE-DE-033058923

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 3, 2019, at 1:27 o'clock PM EDT, Harold Sofield completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: July 3, 2019        By:    /s/Candace Jones

                          Name:  Candace Jones

                          Title: Counselor